UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA, | ) | DOCKET NO. 3:16Cr122-MOC |
|---|---|---|
| v. | ) ) ) | **MOTION TO UNSEAL INDICTMENT** |
| DAVID BROWN | ) ) ) | |

NOW COMES the United States of America, by and through Jill Westmoreland Rose, United States Attorney for the Western District of North Carolina, who respectfully shows unto the Court that the necessity for keeping the above-numbered Bill of Indictment sealed no longer exists.

THEREFORE, the United States respectfully moves this Court that the Bill of Indictment numbered above be unsealed.

Respectfully submitted, this 25th day of July, 2017.

JILL WESTMORELAND ROSE
UNITED STATES ATTORNEY

    //s// **Thomas A. O'Malley**
THOMAS A. O'MALLEY
Assistant United States Attorney
Bar: State of Florida/310964
Attorney for the Plaintiff
227 West Trade Street, Suite 1700
Charlotte, North Carolina 28202
(704) 344-6222 (office)
(704) 344-6629 (facsimile)
Tom.O'Malley@usdoj.gov